**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SWAG SONG MUSIC, INC., DESMOBILE,
INC., EMI APRIL MUSIC INC., VIRGINIA
MANCINI, TRUSTEE OF THE MANCINI
FAMILY TRUST D/B/A NORTHRIDGE
MUSIC COMPANY, GETAREALJOB MUSIC,
NEW DON SONGS, FRANK MUSIC CORP.
and J. ALBERT & SON (USA) INC.,

      Plaintiffs,

  v.                                Case No. 3:07cv250/RV/EMT

KEE WEE'S, INC. and KEE ANDERSON,

      Defendants.
_____/

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

    Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED that:

    (1) Plaintiffs' Motion for Default Judgment is hereby GRANTED.

    (2) Plaintiffs seek statutory damages of $4,000 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings identified in the Complaint.  However, I have determined that damages in excess of the minimum, but less than plaintiffs seek, are appropriate. Accordingly, having been adjudged to be in default, Defendants shall pay damages of $2,000 per infringed work to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings identified in this action, in the total principal sum of Ten Thousand Dollars ($10,000.00).

    Defendants shall further pay Plaintiffs' costs of suit herein in the amount of

*Case No.: 3:07cv250/RV/EMT*

Six Hundred Seventy-Five Dollars and Twenty-Five Cents ($675.25).

Defendants shall be and hereby are enjoined from directly or indirectly, either alone, jointly, or in concert with others, infringing Plaintiffs' rights under federal or state law in any and all of the copyrighted sound recordings of the ASCAP repertory, including those belonging to the plaintiffs.  Particularly, defendants are enjoined from causing or permitting such compositions to be performed at the establishment in Crestview, Florida, known as "Kee's," or at any other facility owned, operated or conducted by the defendants, in whole or in part, unless defendants shall have previously obtained written permission of the plaintiffs or ASCAP and the copyright owners.  This injunction extends to all sound recording, whether now in existence or later created, that are owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs), except pursuant to a lawful license or with the express authority of Plaintiffs.

Defendants shall also pay the Plaintiffs' reasonable attorney's fees which I determine to be $3,000.00.

The total amount of this judgment is for $13,675.25, together with interest from this date at the rate of 3.93%, for which let execution issue.  Jurisdiction is reserved to enforce the injunctive relief ordered.  The Clerk is directed to enter this judgment and close this file.

DONE AND ORDERED this 8th day of November, 2007, in Pensacola, Florida.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**

*Case No.: 3:07cv250/RV/EMT*